On petition for review from the Court of Appeals filed May 25, 1995,* petition for review allowed; decision of Court of Appeals vacated and case remanded to the Court of Appeals April 23, 1998

## STATE OF OREGON,
*Respondent on Review,*

*v.*

## JAMES KENJI KNOX,
*Petitioner on Review.*

(CC CM93-0464; CA A79581; SC S42301)

957 P2d 1209

Kathryn A. Wood, Corvallis, filed the petition for petitioner on review.

No appearance *contra*.

Before Carson, Chief Justice, Gillette, Van Hoomissen, Durham, and Leeson, Justices.**

### MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals in light of *State v. Morton*, 326 Or 466, 953 P2d 374 (1998).

---

* Appeal from Benton County Circuit Court, Frank D. Knight, Judge. 134 Or App 154, 894 P2d 1185 (1995).

** Graber, J., resigned March 31, 1998, and did not participate in the decision of this case; Kulongoski, J., did not participate in the consideration or decision of this case.